IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr372

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| BRYANT LAMONT PLANTER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a letter by the defendant pro se dated June 26, 2006, for review of his detention.

The defendant requests a "hardship bond" because his infant daughter is seriously ill. The Court previously denied similar requests by the defendant on the ground that the defendant was not eligible for release pursuant to 18 U.S.C. § 3143(a)(2). (Doc. No. 21: Order). The instant letter does not allege any new facts that would make him eligible for release.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 24, 2006

Robert J. Conrad, Jr.
Chief United States District Judge