IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr372

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| BRYANT LAMONT PLANTER | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to withdraw his guilty plea. However, the defendant is currently represented by appointed counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to withdraw his guilty plea is DENIED without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 24, 2006

Robert J. Conrad, Jr.
Chief United States District Judge