IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr372

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| BRYANT LAMONT PLANTER | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se for a sentence reduction based on the retroactive amendment of the United States Sentencing Guidelines relating to crack cocaine offenses. (Doc. Nos. 57, 58).

It appears to the Court that the defendant may be eligible for a sentence reduction (Doc. No. 59: Supplemental Presentence Report) and qualifies for the appointment of counsel pursuant to 18 U.S.C. § 3006A.

**IT IS, THEREFORE, ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the purpose of seeking a sentence reduction based on the retroactive amendment of the United States Sentencing Guidelines relating to crack cocaine offenses. Appointed counsel shall file any necessary pleading within thirty days of designation.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, and to the United States Probation Office.

Signed: July 19, 2011

Robert J. Conrad, Jr.
Chief United States District Judge