|         |                                          |
|---------|------------------------------------------|
| To:     | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge |
| From:   | Michael M. Bonelli<br>Senior U.S. Probation Officer |
| Subject:| **Bryant Lamont Planter**<br>Case Number: 0419 3:05CR00372-001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| Date:   | 11/30/2015                               |


FILED
CHARLOTTE, NC

DEC 4 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

On 08/31/2006, the defendant was sentenced pursuant to a conviction for Possession With Intent to Distribute Cocaine Base and Marijuana (21 U.S.C. 841(a)) and Possession of a Firearm by a Convicted Felon (18 U.S.C.922(g)). He was ordered to serve 100 months imprisonment, each count to run concurrently. Upon release, the defendant was ordered to serve a term of supervised release: Count 1: Four years, Count 3: Three-years to run concurrently with Count 1.

The defendant's third term of supervised release commenced on 10/11/2013. The following property was seized from the defendant during his supervision term: 1) Suspected Crack Cocaine, 2) Marijuana Roach 3) Marijuana Roach. His term of supervised release was revoked on 07/24/2015, and he was ordered to serve 13 months imprisonment to be followed by a two-year term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

---

THE COURT ORDERS:

- ☒ Destroy Seized Property as Requested
- ☐ Do Not Destroy Seized Property
- ☐ Return Seized Property to the Defendant

Signed: November 30, 2015

Robert J. Conrad, Jr.
United States District Judge